# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2008

135260

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE ESTATE OF DAVID J. TRUITT, Deceased.

_____

BETH KIENITZ, Personal Representative of the
Estate of DAVID J. TRUITT,
          Petitioner-Appellee,

v

CAROL J. EISENZOPH,
          Respondent-Appellant.

SC: 135260
COA: 269807
Menominee PC: 05-000153-CZ

_____/

      On order of the Court, the application for leave to appeal the October 4, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2008

                               Clerk

s0317